# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:98-cr-448-T-26EAJ

WILLIAM HERMAN DORMAN
_____/

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Elizabeth A. Jenkins in which she reports and recommends that Defendant be found competent to proceed on appeal, that he continue to be represented on appeal by Assistant Federal Public Defender Rosemary Cakmis in view of his desire to continue to prosecute an appeal with her as his appellate counsel, but that Assistant Federal Public Defender George Allen Couture be relieved of any further appellate representation of Defendant.[1]  She also reports and recommends that the appointment of a guardian ad litem is unnecessary.  Neither party has filed any objection to the Report and Recommendation, and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation, together with the court file, including the forensic reports of Dr. Tanya L. Cunic (S-8 and S-9), the Court is

---

[1] The Court referred this matter to Judge Jenkins pursuant to the limited remand order of the Eleventh Circuit Court of Appeals (Dkt. 125) as further clarified (Dkt. 138).

of the opinion that the Report and Recommendation should be approved and made the order of this Court.  **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of United States Magistrate Judge Elizabeth A. Jenkins (Dkt. 147) is confirmed and approved in all respects and made the order of this Court for all purposes.

2) Defendant William Herman Dorman is adjudged competent to proceed on appeal.

3) Assistant Federal Public Defender Rosemary Cakmis shall continue to represent Defendant on appeal in view of his desire to continue to prosecute an appeal with her as his appellate attorney.

4) Assistant Federal Public Defender George Allen Couture is relieved of any further responsibility to represent Defendant on appeal.

5) The appointment of a guardian ad litem is determined to be unnecessary.

6) The United States Marshal Service is authorized to return Defendant to his designated place of incarceration.

7) The Clerk is directed to forward a copy of this order to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Tampa, Florida, on March 27, 2006.

  *s/Richard A. Lazzara*
  **RICHARD A. LAZZARA**
  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
United States Marshal Service.